UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAWIT ALEMAYEHU,<br><br>   Plaintiff,<br><br>  v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>   Defendants. | Case No.  5:14-cv-01738-EJD<br><br>**ORDER CONTINUING TRIAL SETTING CONFERENCE** |

Having reviewed the parties' joint statement (Docket Item No. 32), the court finds the setting of pretrial and trial dates is premature at this time.

Accordingly, the Trial Setting Conference currently scheduled for August 27, 2015, is CONTINUED to **11:00 a.m. on December 3, 2015.**  The parties shall file an updated Joint Trial Setting Conference Statement on or before **November 23, 2015.**  Any requests to modify additional case management deadlines should be made by Stipulation and Proposed Order or by administrative motion pursuant to Civil Local Rule 7-11.

**IT IS SO ORDERED.**

Dated: August 20, 2015

                _____
                EDWARD J. DAVILA
                United States District Judge