UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAWIT ALEMAYEHU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 5:14-cv-01738-EJD<br><br>**ORDER RE: TRIAL ESTIMATE** |

Because the court is unable to locate such information in the Updated Joint Trial Setting Conference Statement filed on November 23, 2015 (Docket Item No. 36), the parties shall file on or before **November 30, 2015**, a brief joint statement which provides a realistic estimate of the length of an anticipated jury trial in this action.

**IT IS SO ORDERED.**

Dated:  November 25, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:14-cv-01738-EJD
ORDER RE: TRIAL ESTIMATE