UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAWIT ALEMAYEHU,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 5:14-cv-01738-EJD<br><br>**AMENDED PRETRIAL ORDER (JURY)** |

On May 19, 2015, the parties to the above-entitled action appeared before Judge Edward J. Davila for a Status Conference. Having reviewed this action and as stated on the record,

IT IS HEREBY ORDERED that the previously-scheduled pretrial and trial dates and deadlines are VACATED and the following amended schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Further Status Conference | 10:00 a.m. on September 29, 2016 |
| Joint Status Conference Statement | September 22, 2016 |
| Final Pretrial Conference | 11:00 a.m. on November 17, 2016 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | November 3, 2016 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | November 7, 2016 |

| Jury Selection | 9:00 a.m. on November 29, 2016 |
|---|---|
| Jury Trial[1] | November 29-30, 2016; December 2, 2016; December 6-7, 2016; December 9, 2016; December 13, 2016 |
| Jury Deliberations | December 14-15, 2016 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated:  May 19, 2016



EDWARD J. DAVILA
United States District Judge

---

[1] Jury trials will are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise.  On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified.  The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."