UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAWIT ALEMAYEHU,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, et al.,<br><br>Defendants. | Case No.  5:14-cv-01738-EJD<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the representation made in their statement filed on December 7, 2016 (Dkt. No. 125), the parties are ordered to appear before the Honorable Edward J. Davila on at **10:00 a.m. on January 26, 2017,** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or before **January 19, 2017**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal is filed on or before **January 19, 2017.**

All other pretrial deadlines and hearing dates, including the Status Conference scheduled for December 8, 2016, are VACATED and any pending motions are TERMINATED.  Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated:  December 7, 2016

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:14-cv-01738-EJD
ORDER TO SHOW CAUSE RE: SETTLEMENT